JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
JOHN M. ORR
Nevada Bar No. 14251
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
*JDunn@GGTrialLaw.com*
*MHale@GGTrialLaw.com*
*JOrr@GGTrialLaw.com*

*Attorneys for Plaintiff*
*Sheylley Gramajo*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHEYLLEY GRAMAJO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>INFINITY PAINTING & DECORATING INC., a Nevada corporation; GERARDO GUERRERO, an individual,<br><br>Defendants. | Case No. 3:26-cv-00158-ART-CSD<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>**(First Request)** |

Plaintiff Sheylley Gramajo ("Plaintiff") and Defendants Infinity Painting & Decorating, Inc. and Gerardo Guerrero ("Defendants") (collectively, the "Parties"), through their respective counsel of record, stipulate and respectfully ask the Court to extend the deadline to file the stipulation dismissing this action with prejudice from October 13, 2026, to November 20, 2026. This is the Parties' first request to extend this deadline.

**I. BACKGROUND**

On August 27, 2026, the Parties took part in a virtual Early Neutral Evaluation session before Magistrate Judge Carla Baldwin. At the session, the Parties reached a settlement, and the terms of

the agreement were stated on the record. The Court ordered the Parties to file the stipulation dismissing this action with prejudice by no later than Tuesday, October 13, 2026, and retained jurisdiction over the subject matter during the finalization of the settlement. (ECF No. 26.)

## II. GOOD CAUSE EXISTS FOR THE REQUESTED EXTENSION

On September 28, 2026, Plaintiff's counsel asked Defendants' counsel for a draft settlement agreement, and Defendants' counsel sent a draft on September 29, 2026. Plaintiff's counsel reviewed the draft and emailed proposed redlines to Defendants' counsel on October 6, 2026. Defendants' counsel confirmed receipt that same day, and the Parties are now waiting on Defendants' response. Once the Parties agree on final language, including the payment terms, they will need more time to sign the agreement and complete payment before filing the stipulation dismissing this action with prejudice.

Additional good cause exists because, on August 21, 2026, Plaintiff's counsel was required to travel emergently to San Diego to be with his older brother, who had been hospitalized and admitted to the critical care unit at UCSD Hillcrest Hospital. Unfortunately, counsel's brother passed away on August 24, 2026, Plaintiff's counsel remained in San Diego with his family and did not return to the office until September 3, 2026.

These circumstances contributed to delays in finalizing the settlement documents.

The Parties agree and submit that the foregoing facts and circumstances constitute good cause sufficient to justify extending the deadline to file the stipulation for dismissal.

The Parties make this request in good faith and not for purposes of delay. The extension will not prejudice any party. The Parties ask that the Court continue to retain jurisdiction over the subject matter until the Parties file the stipulation for dismissal.

## III. REQUESTED EXTENSION

The Parties respectfully request that the Court extend the deadline to file the stipulation dismissing this action with prejudice from October 13, 2026, to November 20, 2026. The Parties believe this period is reasonable and sufficient. It allows Defendants' counsel time to respond to Plaintiff's redlines and gives the Parties time to resolve any remaining issues with the agreement's

language and payment terms. It also allows for signing the final agreement, processing and delivering the settlement payment, and preparing and filing the stipulation for dismissal.

## IV. STIPULATION

Based on the above, the Parties stipulate and agree that the deadline to file the stipulation dismissing this action with prejudice is extended from October 13, 2026, to November 20, 2026.

IT IS SO STIPULATED.

DATED: October 13, 2026

**WALLACE MILLSAP**

By: /s/ Patrick Millsap
F. McClure Wallace
Nevada Bar No. 10264
Patrick Millsap
Nevada Bar No. 12043
Wallace & Millsap
510 W. Plumb Lane, Suite A
Reno, Nevada 89509
(775) 683-9599
*Attorneys for Defendants Infinity Painting & Decorating, Inc. and Gerardo Guerrero*

DATED: October 13, 2026

**GREENBERG GROSS LLP**

By: /s/ John M. Orr
JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
JOHN M. ORR
Nevada Bar No. 14251
One Summerlin
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Tel. (702) 777-0888
*Attorneys for Plaintiff Sheylley Gramajo*

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

Dated: October 14, 2026